UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUTTON, LTD., <br><br> Plaintiff, <br><br> -against- <br><br> ELIZABETH WYCKOFF, individually and as Executrix of the Estate of E. Lisk Wyckoff, deceased; HYDE PARK ASSOCIATES LLC; and JOHN DOES #1-10, <br><br> Defendants. | Civil Action: 22-_____ |

## PLAINTIFF'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and United States District Court, District of Connecticut Local Rule 7.1, the undersigned counsel for Sutton, Ltd. ("Sutton"), a non-governmental entity, certifies as follows:

Sutton is not a publicly-held corporation. Sutton does not have a parent corporation. No publicly-held corporation owns 10% or more of Sutton's stock.

Dated: October 7, 2022

WITHERS BERGMAN LLP

By: /s  *John A. Farnsworth*
John Farnsworth (CT20705)
157 Church Street, 19th Floor
New Haven, CT 06510
Tel: (203) 253-5497
Fax: (203) 285-1653
*Counsel for Plaintiff Sutton Ltd*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 7, 2022 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                                     /s/ *John A. Farnsworth*
                                                                     John A. Farnsworth